UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

In re:    Jerry and Michelle Lowery                        CASE NO.: **10-36200**
                                                           (Chapter 13)
                                                                        :JUDGE
                 Debtor(s)

## AMENDED PLAN PRIOR TO CONFIRMATION AND NOTICE

Now comes the Chapter 13 Debtor(s) and hereby amend(s) the unconfirmed Plan as follows:

Monthly Plan Payments:              Current: $631.00          Proposed:  $631.00

        If the plan changes the monthly payments, amended Schedules I and J are attached.

Percent to Unsecured Creditors:     Current: 0.00%          Proposed: 0.00%

Length of Plan (months): Current:  60 Proposed:  60

Proposed Effective Date:   November 1, 2010.

If the amended plan reduces the plan to less than 100% to the general unsecured creditors,

        **_____ attached is an appraisal of any real estate in which the debtor has an interest, or,**

Reason for the amended plan, including any changes in circumstances since last plan:

Treatment of executory contract/land installment contract was not specified in plan.


                                                    /s/ Mitchell W. Allen

                                                    _____
                                                    Attorney for Debtor(s)

/s/ Jerry Lowery

_____
Debtor


/s/ Michelle Lowery

_____
Debtor

Debtor (last name) <u>Lowery</u>          Case no.  **10-36200**

[List only creditors affected by amended plan]


Creditor name: Creditor name: James and Maxine Fischer

Type of Claim:  (_____) secured   (____) unsecured   (____) 507 priority   (X) other

Nature of Claim: Equity claim to real estate located at 5454 Fischer Rd., Clarksville, OH 45113 pursuant to a land installment contract.  Debtors are the purchasers.

Current Plan: not specified.


Proposed Plan: Debtors will assume the land installment contract and make the payments outside the plan.

## <u>CERTIFICATE OF SERVICE WITH TWENTY ONE DAY NOTICE</u>

**All parties are hereby placed on notice that an objection to this amended plan must be filed within twenty-one (21) days of the date set forth on the Certificate of Service or an order will be submitted to the court confirming this amended plan. If an objection to this amended plan is timely filed, then this matter shall be set for hearing.**

A copy hereof was served upon the following creditors on the <u>26th</u> day of <u>October, 2010</u>.

James and Maxine Fischer
819 River Forest Dr.
Maineville OH 45039-0000

DATE: <u>10/26/2010</u> SERVED BY: <u>Mitchell W. Allen</u>